JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

LESLIE ESTEFANIA ESTEVEZ CARDENAS,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

No. 5:26-cv-04920-BFM

**JUDGMENT**

On September 4, 2026, the Court issued an order granting the petition and ordered Petitioner Leslie Estefania Estevez Cardenas (A# 220-854-992) immediately released on the conditions previously imposed. (ECF 8 at 4.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 9.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 11, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE